**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

D. Michael Dendy
Attorney at Law
P. O. Box 740369
New Orleans LA 70174-0369

Louis Luciano Lusco II
Attorney at Law
P. O. Box 740369
New Orleans LA 70174-0369

**REHEARING ACTION: July 8, 2009**

**Docket Number: 09   00151-CA**

**CACV OF COLORADO, LLC**
**VERSUS**
**JUSTIN R. SPIEHLER, III, ET AL.**

**Appealed from Lafayette Parish Case No. C-20042878**

**BEFORE JUDGES:**

    **Hon. Marc T. Amy**
    **Hon. Elizabeth A. Pickett**
    **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **CACV of Colorado, LLC** has this day been

    **DENIED.**

cc: Candace Cullum Spiehler, In Proper Person